IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TANJA L. ROUSE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:08-cv-937-MEF |
| | )              WO |
| PETE GREEN, Secretary of the | ) |
| Department of the Army, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #17) to the Recommendation of the Magistrate Judge filed on April 27, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #16) entered on April 14, 2009 is adopted;

3. The defendant's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(1) is GRANTED and this case is DISMISSED for lack of subject matter jurisdiction.

DONE this 20th day of May, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE